UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GARY MAY and DEBORAH MAY,**

      **Plaintiffs,**

v.   Case No. 6:19-cv-1591-CEM-DCI

**WYNDHAM VACATION OWNERSHIP, INC. and WYNDHAM VACATION RESORTS, INC.,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal With Prejudice (Doc. 58), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record